### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ASHER TUCKER,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 2:07-CV-2114-KHV/JPO |
| | ) |
| **FIRST FINANCIAL INSURANCE CO.,** | ) |
| | ) |
|        **Defendant.** | ) |

### JOINT STIPULATION AND
### ORDER OF DISMISSAL WITH PREJUDICE

On this 6th day of November, 2007, the above matter comes before the Court for review upon the Joint Stipulation and Order of Dismissal with Prejudice submitted by Plaintiff Asher Tucker and Defendant First Financial Insurance Co. with all attorneys appearing on behalf of their clients as indicated by approvals to the pleading.

All parties stipulate and agree that all claims made herein should be dismissed with absolute prejudice, and it being further stipulated and agreed, that the parties to this action shall bear their own costs.

Having reviewed the statements and stipulations of counsel and being fully advised in the premises, IT IS BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that all claims made herein should be and the same are hereby dismissed with absolute prejudice and that the parties to this action shall bear their own costs.

IT IS SO ORDERED.

                                                    s/ Kathryn H. Vratil
                                                    Kathryn H. Vratil, Judge
                                                    U.S. District Court

APPROVED BY:

s/Russell C. Purvis
Russell C. Purvis #15942
Joseph K. Lewis  #78068
Montee Law Firm, P.C.
P.O. Box 127
St. Joseph, MO  64502
(816) 364-1650; Fax (816) 364-1509
Attorneys for Plaintiff


s/Stanley N. Wilkins
Stanley N. Wilkins     #07725
Slagle, Bernard & Gorman, P.C.
4600 Madison Avenue, Suite 600
Kansas City, Missouri 64112-3012
(816) 410-4600; Fax:  (816) 561-4498
Attorneys for Defendant
First Financial Insurance Co.